# In the United States Court of Federal Claims

No. 19-1407
(Filed: March 25, 2025)

```
*************************************
KANDI ARNHOLD, et al.,              *
                                    *
                  Plaintiffs,       *
                                    *
      v.                            *
                                    *
UNITED STATES OF AMERICA,           *
                                    *
                  Defendant.        *
*************************************
```

## ORDER

      On March 21, 2025, the parties filed a joint status report regarding their respective positions on mediation. [ECF 131]. The parties state that they intend to "continue discussions and [they] propose filing an additional [j]oint [s]tatus [r]eport regarding mediation on or before April 4, 2025." *Id.* at 1. Accordingly, the parties **SHALL FILE** an additional joint status report regarding mediation **on or before April 4, 2025**. Therein, the parties shall indicate whether they have agreed to participate in the Court's mediation program and, if so, the timeframe for such participation. Additionally, the parties shall advise whether a status conference would be helpful to discuss mediation scheduling and its affect on the current scheduling order.

      **IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge
